UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID ULLMAN and PAMELA ULLMAN,
Individually and in capacity as the parent and
legal guardians of Rebecca Ullman, Jessalyn
Ullman, and Danielle Ullman, minor children,
and REBECCA ULLMAN, JESSALYN ULLMAN,
and DANIELLE ULLMAN;

        Plaintiffs,

 -v-            5:02-CV-1432

CANAJOHARIE CENTRAL SCHOOL DISTRICT;
MARGARET GAYDUSEK, individually and as an
employee of the Canajoharie Central School District;
EDWARD GAYDUSEK; individually and as an
employee of the Canajoharie Central School District;
RICHARD ROSE, individually and as an employee
of the Canajoharie Central School District; DONALD
BOWDEN, individually and in his capacity as High
School Principal of the Canajoharie Central School
District; BARBARA WARDLE, individually and in her
capacity as Middle School Principal of the Canajoharie
Central School District; ASHLEY LANE, NICHOLAS
SITTERLY; STACEY TYLEE; FELICITY WELLS; and
BOARD OF EDUCATION OF THE CANAJOHARIE
CENTRAL SCHOOL DISTRICT;

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

KERNAN & KERNAN P.C.      KEVIN G. MARTIN, ESQ.
Attorneys for Plaintiffs
258 Genesee Street
Suite 600
Utica, NY 13502

THE LAW FIRM OF FRANK W. MILLER        FRANK W. MILLER, ESQ.
Attorneys for Canajoharie School Defendants
6296 Fly Road
East Syracuse, NY 13057

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on June 10, 2005, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion for summary judgment with regard to plaintiffs' federal claims is GRANTED;

2. Supplemental jurisdiction over plaintiffs' state law claims is DECLINED;

3. Plaintiffs' federal claims are DISMISSED with prejudice;

4. Plaintiffs' state law claims are DISMISSED without prejudice; and

5. The complaint is DISMISSED in its entirety.

The Clerk of Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  June 10, 2005
        Utica, New York.